UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KENNETH HANSEN,                                                   :
                                                                  :
                        Plaintiff,                                :    24-CV-2808 (JMF)
                                                                  :
            -v-                                                   :    ORDER
                                                                  :
CITY OF NEW YORK et al.,                                          :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* Docket No. 27, Defendants' earlier motion to dismiss filed at Docket No. 18 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **November 8, 2024**. Defendants' reply, if any, is due by **November 15, 2024**.

      The Clerk of Court is directed to terminate Docket No. 18.

      SO ORDERED.

Dated: October 21, 2024
       New York, New York

                                                         JESSE M. FURMAN
                                           United States District Judge